## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NICOLAS EPSKAMP,** | **:** | |
| **Petitioner** | **:** | **CIVIL ACTION NO. 3:21-1410** |
| **v.** | **:** | **(JUDGE MANNION)** |
| **UNITED STATES OF AMERICA,** | **:** | |
| **Respondent** | **:** | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS**

**HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** this case.


*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: May 16, 2023**
21-1410-01-Order